IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVORIS MCGHEE                                                         PLAINTIFF

v.                        No. 4:23-cv-410-DPM

NEW VISTA LLC,
a limited liability company                                            DEFENDANTS

## JUDGMENT

McGhee's complaint is dismissed with prejudice. The Court will retain jurisdiction until 29 September 2023 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 July 2023